ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Laguna Construction Company, Inc. | ) | ASBCA No. 57977 |
| | ) | |
| Under Contract No. FA8903-04-D-8690 | ) | |

APPEARANCE FOR THE APPELLANT:     Carolyn Callaway, Esq.
                                  Carolyn Callaway, P.C.
                                  Albuquerque, NM

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                  Gregory T. Allen, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

## ORDER OF DISMISSAL

By motion dated 28 January 2015, appellant states that the parties have entered into a settlement agreement resolving all issues in this appeal, and accordingly, it moves to dismiss this appeal with prejudice. The government does not object.

WHEREFORE, appellant's motion is granted, and ASBCA No. 57977 is hereby dismissed with prejudice.

Dated: 29 January 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57977, Appeal of Laguna Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals